United States District Court
Southern District of Texas

**ENTERED**

April 01, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CHRISTOPHER DUIKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00821<br>Filed on February 25, 2025<br>Judge Keith P. Ellison |
| DREW WEBSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00826<br>Filed on February 25, 2025<br>Judge George C. Hanks, Jr |
| JEFFREY BACHMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00828<br>Filed on February 25, 2025<br>Judge Lee H. Rosenthal |
| DAWN BALDWIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br>Defendant. | Case No. 4:25-cv-00836<br>Filed on February 25, 2025<br>Judge Lee H. Rosenthal |

| | |
|---|---|
| SHAVONNE DIGGS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-00878<br>Filed on February 27, 2025<br>Judge Andrew S. Hanen |
| TAYLOR DAVIDSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-00879<br>Filed on February 27, 2025<br>Judge Keith P. Ellison |
| ZENITRA CRAWFORD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-00892<br>Filed on February 27, 2025<br>Judge Alfred H. Bennett |
| RACHEL BLOOM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-00899<br>Filed on February 27, 2025<br>Judge Charles Eskridge |

2

| | |
|---|---|
| SKYLER PEINTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00908<br>Filed on February 28, 2025<br>Judge Kenneth M. Hoyt |
| ROY HENION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00947<br>Filed on March 3, 2025<br>Judge George C. Hanks, Jr |
| AUSHANIQUE LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00949<br>Filed on March 3, 2025<br>Judge George C. Hanks, Jr |
| EMMA LIN PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-00957<br>Filed on March 3, 2025<br>Judge George C. Hanks, Jr |

3

| | |
|---|---|
| DANIEL DURGIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-00988<br>Filed on March 4, 2025<br>Judge Andrew S. Hanen |
| MCKENNA ROGERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-01010<br>Filed on March 5, 2025<br>Judge Alfred H. Bennett |
| VAN EASTWOOD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-01029<br>Filed on March 6, 2025<br>Judge Lee H. Rosenthal |
| EMMANUEL MUNYANYA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 4:25-cv-01052<br>Filed on March 6, 2025<br>Judge Ewing Werlein, Jr |

| | |
|---|---|
| MATTHEW SHEVLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01053<br>Filed on March 6, 2025<br>Judge Andrew S. Hanen |
| HAROLD HUYNH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01130<br>Filed on March 10, 2025<br>Judge Keith P. Ellison |
| DEBORAH GIBBONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01135<br>Filed on March 10, 2025<br>Judge Keith P. Ellison |
| CHERISSE BELE, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01165<br>Filed on March 12, 2025<br>Judge Andrew S. Hanen |

| | |
|---|---|
| CHIQUETTA MCCRAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01183<br>Filed on March 12, 2025<br>Judge Keith P. Ellison |
| PAUL ROESSLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01235<br>Filed on March 14, 2025<br>Judge Charles Eskridge |
| EDWARD CHAPELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01278<br>Filed on March 18, 2025<br>Judge Charles Eskridge |
| THEODORE WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01288<br>Filed on March 19, 2025<br>Judge Lee H. Rosenthal |

## ORDER GRANTING PLAINTIFFS'
## <u>MOTION TO CONSOLIDATE ACTIONS</u>

This matter is before the Court on the Motion of Plaintiffs in the above captioned actions to consolidate the related actions and permit the filing of a single consolidated complaint. ECF 11/

Having reviewed the Motion, the Memorandum in Support, and the Complaints in the above captioned actions and having found that the cases involve some of the same issues of fact and law, grow out of the same alleged data breach involving Defendant DISA Global Solutions, Inc., have many of the same claims, and have proposed class definitions that will encompass the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that the related actions have sufficient commonality of law and fact and that consolidation does not increase the risk of an unfair outcome, and for good cause shown, the Motions are **GRANTED**. As such, the Court ORDERS the following:

### A.    Consolidation of the Related Actions

1.     The following actions shall be **CONSOLIDATED** for all purposes into the *Duiker* Action, Case No. 4:25-cv-00821, which is the lowest numbered case: *Webster v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00826, filed on February 25, 2025; *Bachman v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00828, filed on February 25, 2025; *Baldwin v. DISA*

*Global Solutions, Inc.,* Case No. 4:25-cv-00836, filed on February 25, 2025; *Diggs v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00878, filed on February 27, 2025; *Davidson v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00879, filed on February 27, 2025; *Crawford v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00892, filed on February 27, 2025; *Bloom v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00899, filed on February 27, 2025; *Peintner v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00908, filed on February 28, 2025; *Henion v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00947, filed on March 3, 2025; *Lewis v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00949, filed on March 3, 2025; *Lin Price v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00957, filed on March 3, 2025; *Durgin v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-00988, filed on March 4, 2025; *Rogers v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01010, filed on March 5, 2025; *Eastwood v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01029, filed on March 6, 2025; *Munyanya v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01052, filed on March 6, 2025; *Shevlin v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01053, filed on March 6, 2025; *Huynh  v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01130, filed on March 10, 2025; *Gibbons v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01135, filed on March 10, 2025; *Bele v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01165, filed on March 12, 2025; *McCraw v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01183, filed on March 12, 2025; *Roessler v. DISA Global Solutions, Inc.,* Case No. 4:25-cv-01235, filed on March 14, 2025; *Chappelle v. DISA Global Solutions, Inc.*, Case No. 4:25-cv-01278, filed on March 18, 2025, and *White v. DISA Global Solutions, Inc.*, Case No. 4:25-cv-01288, filed on March 19, 2025 (collectively, the "Related Actions"). All future pleadings, motions, briefs, and other papers shall be filed in the *Duiker* Action, No. 4:25-cv-00821 ("Consolidated Action"), and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: DISA GLOBAL DATA BREACH LITIGATION | Case No. 4:25-cv-00821 |

2.    The Clerk is DIRECTED to administratively close the Related Actions, to transfer all documents already docketed in those actions into the Consolidated Action.

3.    Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto.

4.    The parties shall file a Notice of Related Actions whenever a future related case, that should be consolidated into this Consolidated Action is filed in, transferred to, or removed to this District. If the Court determines the case is related and should be consolidated, the Clerk of Court SHALL:

    a.  Place a copy of this Order in the separate file for such action;

    b.  Serve on Plaintiffs' counsel in the new case a copy of this Order;

    c.  Direct that this Order be served upon Defendant in the new case; and

    d.  Make an appropriate entry in the Master Docket.

5.    When a subsequent Related Action, as described in Paragraphs 3 and 4, is consolidated into the Consolidated Action, the Clerk of Court is DIRECTED to administratively

close that action. The Clerk of the Court is FURTHER DIRECTED to transfer all documents already docketed in that action into the Consolidated Action.

6.       Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently filed or transferred related action.

**B.       Scheduling**

1.       Plaintiffs shall submit applications for appointment of interim class counsel under Rule 23(g) within 14 days of this order;

2.       The Consolidated Class Action Complaint shall be filed within 45 days after appointment of interim class counsel; and

3.       Defendant shall file a response to the Consolidated Class Action Complaint within 45 days of the filing of the Consolidated Class Action Complaint, and in the event that Defendant's response is a motion to dismiss, Plaintiffs shall have 45 days to file a response thereto, and Defendant shall have 14 days to file a reply in support of any motion to dismiss the Consolidated Class Action Complaint.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 28th day of March, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE