United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: DISA GLOBAL DATA BREACH LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-00821 |

## ORDER

Plaintiff Skyler Peintner has filed a Notice of Voluntary Dismissal without Prejudice of his individual claims in this action against Defendant DISA Global Solutions, Inc. ECF 79. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all individual claims by Plaintiff Skyler Peintner against Defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th of November, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE